United States District Court
Southern District of Texas
**ENTERED**
May 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNY BARCLAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-18-433 |
| | § | |
| MP TECHNOLOGIES, LLC and KYLE ANDREW HICKS, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending and referred is Defendants' Motion to Quash Plaintiff's Notice of Intention to Take the Oral and Videotapes Deposition of the Corporate Representatives of Defendant MP Technologies (Document No. 19), and Defendants' Motion to Quash Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Kyle Andrew Hicks (Document No. 20). Both motions are based on the unavailability of Defendants' counsel on the date the depositions were noticed. No response has been filed to either motion to quash.

Having considered the motions, and the absence of any response, which is construed as non-opposition under the Local Rules of this District, it is

ORDERED that Defendants' Motions to Quash (Document Nos. 19 and 20) are both GRANTED.

Signed at Houston, Texas, this 20th day of May, 2019.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE