United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNY BARCLAY, *Plaintiff,* | § § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:18-cv-433 |
| MP TECHNOLOGIES, LLC AND KYLE ANDREW HICKS *Defendants.* | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this _8th_ day of _July_, 2019 came all Parties who jointly moved this Court to dismiss the above captioned suit as to the Defendants, with prejudice as to Plaintiff's rights to refile the same. In this connection, it was represented to the Court that all claims pertaining to Defendants have been compromised and fully settled, and that, as part of such settlement agreement, all claims against the Defendants are to be dismissed with prejudice. The Court, having been fully advised and having considered the Parties' Agreed Motion to Dismiss with Prejudice, is of the opinion that the motion should in all things be granted.

IT IS SO ORDERED that the Parties' Agreed Motion to Dismiss with Prejudice is GRANTED, and the captioned case is dismissed with prejudice with costs to be paid by the Party incurring the same. This judgment is final in all respects and dismisses all claims held by the Plaintiff against the Defendants that are or could be brought in this case.

Signed this _8th_ day of _July_, 2019.

_____
Ewing Werlein Jr.
United States District Judge